Peter MARONEY, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2010–3173.

United States Court of Appeals,
Federal Circuit.

April 5, 2011.

## ORDER

Peter Maroney moves to reinstate his appeal and for an extension of time to file the appendix.

On March 9, 2011, the court dismissed Maroney's appeal for failing to file the appendix. Maroney has simultaneously filed the appendix with his motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

The motions are granted. The court's March 9, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated. The appendix is accepted for filing.

Shirley K. BAKER, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2010–3136.

United States Court of Appeals,
Federal Circuit.

April 5, 2011.

Michael D. Austin, Department of Justice, Washington, DC, for Respondent.

Shirley K. Baker, Petersburg, WV, for Petitioner.

## ON MOTION

## ORDER

Upon consideration of Shirley K. Baker's motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Each side shall bear its own costs.

(2) All pending motions are denied as moot.